## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

LONNIE J. RYAN, JR.                    )
                                       )
                    Plaintiff,         )
                                       )
           v.                          )          Case No. 24-3154-DDC-ADM
                                       )
DAVID DAVIES, et al.,                  )
                                       )
                    Defendants.        )

## ORDER

On September 6, 2024, plaintiff Lonnie J. Ryan, Jr. ("Ryan") filed suit against the following defendants: the State of Kansas; David Davies, Assistant Attorney General for the State of Kansas; Laura Howard, Secretary of the Kansas Department for Aging and Disability Services; Dr. Christine Mohr, Clinical Director of the Sexually Violent Predators Treatment Program; Todd Mantel, Conditional Release Monitor; Seth Osborn, therapist in the Sexually Violent Predators Treatment Program; the Progress Review Panel under the Kansas Sexually Violent Predator Act; Gary House, attorney; Judge Roger Gossard; and John and Jane Doe, unknown members of the Progress Review Panel. (ECF 1, at 1-3.) Following the court's screening of Ryan's complaint (resulting in the dismissal of the State of Kansas, the Progress Review Panel, and Gary House), the court ordered the clerk to prepare waivers of service of summons and transmit them to the remaining defendants. (ECF 9.) The docket reflects that the clerk issued the waivers of service of summons on October 9, 2024. Waivers of service were returned executed by defendants Mohr, Mantel, Howard, and Davies. (ECF 11-14.) These four defendants and a fifth defendant, Gossard, filed a motion to dismiss the complaint on February 21, 2025. (ECF 15.)

1

However, defendant Seth Osborn did not execute and return a waiver of service, and nothing in the record demonstrates that he was served with summons.   In order to secure service on defendant Osborn, the court directs counsel for defendants Mohr, Mantel, Howard, Davies, and Gossard to submit under seal any current or last known address information for defendant Osborn to the clerk of court by **March 12, 2025**.

**IT IS THEREFORE ORDERED** that counsel for defendants Mohr, Mantel, Howard, Davies, and Gossard must submit under seal the current or last known address information for defendant Osborn to the clerk of court by **March 12, 2025.**

**IT IS SO ORDERED.**

Dated February 26, 2025, at Kansas City, Kansas.

s/ Angel D. Mitchell
Angel D. Mitchell
U.S. Magistrate Judge