IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

LONNIE J. RYAN, JR.,

                              Plaintiff,

v.                                            Case No. 5:24-cv-03154-DDC-ADM

STATE OF KANSAS, DAVID DAVIES, LAURA HOWARD, DR. CHRISTINE MOHR, TODD MANTEL, SETH OSBORN, PROGRESS REVIEW PANEL, GARY HOUSE, HONORABLE ROBERT L. GOSSARD, JANE & JOHN DOES,

                              Defendants.

**Notice of Proposed Sealed Record**

Defendants Davies, Howard, Mohr, Mantel and Gossard file this Notice of Proposed Sealed Record as required by D. Kan. Rule 5.4.2(b). This notice identifies the ECF docket number of the provisional under-seal filing (ECF No. 18). This is being filed pursuant to the Court's Order, Doc. 16, issued February 26, 2025.

Defendants also state they seek to maintain that ECF docket number 18 remain filed under seal as the document contains personal identifying information, specifically, the last known address for Defendant Seth Osborn.

| ECF No. | Designating Party | Objection Anticipated | Prior ECF No. | Prior Order Date |
|---|---|---|---|---|
| 18 | Defendants Davies, Howard, Mohr, Mantel and Gossard | No | Doc. 16 (Order) | February 26, 2025 |

The undersigned hereby certifies that on this date, they electronically filed this Notice and the document identified above with the Clerk of the Court using the ECF system. Counsel will mail a

{T0486036}                                          1

copy of this Notice to Plaintiff Ryan, proceeding pro se. This Court already ordered the last known address for Defendant Seth Osborn be filed under seal, thus removing the need for this counsel to file a motion requesting an order that Doc. 18 need not be served on Plaintiff Ryan, pursuant to D. Kan. Rule 5.4.2(a)(ii).

**Fisher, Patterson, Sayler & Smith, LLP**
3550 SW 5th Street | Topeka, Kansas 66606
Tel: (785) 232-7761 | Fax: (785) 232-6604
dcooper@fpsslaw.com | cmoe@fpsslaw.com

**s/Crystal B. Moe**
David R. Cooper                                    #16690
Crystal B. Moe                                      #29168
*Attorneys for Defendants*

### Certificate of Service

On March 12, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

I further certify that on the same date, a copy was placed in the United States mail, postage prepaid, addressed to:

Lonnie J. Ryan, Jr.
1301 K264 Highway
Larned, Kansas 67550
**Plaintiff *Pro Se***

s/Crystal B. Moe