IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

LONNIE J. RYAN, JR.,

       Plaintiff,

  v.              Case No. 5:24-cv-03154-DDC-ADM

STATE OF KANSAS, DAVID DAVIES, LAURA HOWARD, DR. CHRISTINE MOHR, TODD MANTEL, SETH OSBORN, PROGRESS REVIEW PANEL, GARY HOUSE, HONORABLE ROGER L. GOSSARD, JANE & JOHN DOES,

       Defendants.

**Entry of Appearance**

 David R. Cooper of Fisher, Patterson, Sayler & Smith, LLP, formally enters his appearance as counsel for Defendants David Davies, Laura Howard, Christine Mohr, Todd Mantel, and Roger L. Gossard, and requests that he be served with copies of any and all pleadings, notices and other documents hereafter involved in this proceeding.

              **Fisher, Patterson, Sayler & Smith, LLP**
              3550 SW 5th Street | Topeka, Kansas 66606
              Tel: (785) 232-7761 | Fax: (785) 232-6604
              dcooper@fpsslaw.com | cmoe@fpsslaw.com

              **s/David R. Cooper**
              David R. Cooper      #16690
              Crystal B. Moe      #29168
              *Attorneys for Defendants David Davies, Laura Howard, Christine Mohr, Todd Mantel, and Roger L. Gossard*

## Certificate of Service

On March 13, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

I further certify that on the same date, a copy was placed in the United States mail, postage prepaid, addressed to:

Lonnie J. Ryan, Jr.
1301 K264 Highway
Larned, Kansas 67550
**Plaintiff *Pro Se***

s/David R. Cooper