#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| LONNIE J. RYAN, JR. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 24-3154-DDC-ADM |
| | ) | |
| DAVID DAVIES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE AND ORDER TO SHOW CAUSE

To the plaintiff Lonnie J. Ryan, Jr. ("Ryan"):

On September 6, 2024, Ryan filed suit against the following defendants: the State of Kansas; David Davies, Assistant Attorney General for the State of Kansas; Laura Howard, Secretary of the Kansas Department for Aging and Disability Services; Dr. Christine Mohr, Clinical Director of the Sexually Violent Predators Treatment Program; Todd Mantel, Conditional Release Monitor; Seth Osborn, therapist in the Sexually Violent Predators Treatment Program; the Progress Review Panel under the Kansas Sexually Violent Predator Act; Gary House, attorney; Judge Roger Gossard; and John and Jane Doe, unknown members of the Progress Review Panel. (ECF 1, at 1-3.) Following the court's screening of Ryan's complaint (resulting in the dismissal of the State of Kansas, the Progress Review Panel, and Gary House), the court ordered the clerk to prepare waivers of service of summons and transmit them to the remaining defendants. (ECF 9.) The docket reflects that the clerk issued the waivers of service of summons on October 9, 2024. Waivers of service were returned executed by defendants Mohr, Mantel, Howard, and Davies. (ECF 11-14.) These four defendants and a fifth defendant, Gossard, filed a motion to dismiss the complaint on February 21, 2025. (ECF 15.)

Although these five defendants have filed a responsive pleading, the docket reflects that the sixth remaining defendant, Seth Osborn ("Osborn"), has not appeared. Osborn was served with summons via certified mail on March 31, 2025, making his answer due on April 21, 2025 (ECF 26), but Osborn has not timely answered or appeared in this case. Ryan has not moved for a clerk's entry of default under FED. R. CIV. P. 55(a) or taken any other action as to his claims against Osborn. For this reason, the court orders Ryan to show cause in writing by **July 10, 2025**, why the court should not recommend that the district judge dismiss Ryan's claims against Osborn without prejudice for failure to prosecute pursuant to FED. R. CIV. P. 41(b).

**IT IS SO ORDERED.**

Dated June 24, 2025, at Kansas City, Kansas.

s/ Angel D. Mitchell
Angel D. Mitchell
U.S. Magistrate Judge